**Order entered April 10, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01129-CV

**ALAN TARRANT, KRISTI TARRANT AND BETHANY KENDRICK, Appellants**

**V.**

**BAYLOR SCOTT & WHITE MEDICAL CENTER-FRISCO, STEPHEN COURTNEY, M.D., EMINENT SPINE, LLC, AND MONITORING CONCEPTS MANAGEMENT, LLC, Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-12792**

## ORDER

Before the Court is appellees' April 8, 2019 unopposed second joint motion to file their briefs in response. We **GRANT** the motion and **ORDER** appellees' briefs in response be filed no later than May 13, 2019. We caution appellees that further extension requests will be disfavored.

/s/      BILL WHITEHILL
           JUSTICE